BIA
A36 850 251

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

———————

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of December, two thousand twenty-four.

Present:
> John M. Walker, Jr.,
> Reena Raggi,
> Richard J. Sullivan,
>> *Circuit Judges*.

———————

Kwok Sum Wong,

> *Petitioner*,

v.                                                                  No. 22-6185

Merrick B. Garland, United States Attorney General,

> *Respondent*.

———————

In light of the Supreme Court's order granting Petitioner's petition for a writ of certiorari, vacating this Court's judgment, and remanding to this Court, it is hereby ORDERED that the parties shall submit supplemental briefs, not to exceed fifteen double-spaced pages in length, addressing the effect of *Loper Bright Enterprises v. Raimondo*, 144 S. Ct. 2244 (2024), on Petitioner's petition for review. Petitioner shall file his brief by 5:00 p.m. on Monday, January 6, 2025. Respondent shall file his brief by 5:00 p.m. on Monday, January 27, 2025. Should Petitioner wish to file a reply brief, he shall do so by 5:00 p.m. on Monday, February 10, 2025.

> FOR THE COURT:
> Catherine O'Hagan Wolfe, Clerk of Court

*[Signature: Catherine O'Hagan Wolfe, with Second Circuit seal]*